IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WHILLEY DAVIS | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv263 |
| OFFICER WILLIAM | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Whilley Davis, proceeding *pro se*, filed the above-styled lawsuit. Plaintiff has filed what the court construes as a motion (doc. no. 43) asking that his lawsuit be voluntarily dismissed. Plaintiff is entitled to dismiss his lawsuit prior to the service of adverse parties.

O R D E R

For the foregoing reasons, plaintiff's motion for voluntary dismissal is hereby **GRANTED**. A Final Judgment shall be entered dismissing this action pursuant to FED. R. CIV. P. 41(a). If plaintiff wishes to have this case reinstated on the court's active docket, he may do so by filing a request within 90 days of the date set forth below.

**SIGNED** this the 15 day of **July, 2015.**

_____
Thad Heartfield
United States District Judge