IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WHILLEY DAVIS | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv263 |
| OFFICER WILLIAM | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Whilley Davis, proceeding *pro se*, filed this civil rights lawsuit.

Plaintiff has filed a motion (doc. no. 85) asking in part that this case be dismissed without prejudice. The court is of the opinion it would be the interest of justice to grant the motion and dismiss this lawsuit.

The court notes plaintiff indicates he may wish to have this case reinstated at some later date. If plaintiff subsequently decides to proceed with this lawsuit, he should so inform the court and file a motion asking that the final judgment be vacated.

## ORDER

For the reasons set forth above, plaintiff's motion requesting dismissal of this action is **GRANTED**. A final judgment dismissing this lawsuit without prejudice shall be entered.

**SIGNED** this the 28 day of **November, 2018.**

_____
Thad Heartfield
United States District Judge